IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 15 cv 11808 |
| | ) | |
| vs | ) | Judge Leinenweber |
| | ) | |
| JOHN DOE subscriber assigned IP address 99.41.190.150, | ) ) ) | Magistrate Judge Kim |
| | ) | |
| Defendant | ) | |

### NOTICE OF MOTION

**TO:** All Parties via CM/ECF

**PLEASE TAKE NOTICE** that on **February 4, 2016 at 9:30am,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Harry D. Lienenweber or any judge sitting in his stead in **Courtroom 1941** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:** FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE

_____

### CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, I provided service to the person or persons listed above by the following means: CM/ECF

Signature: __/s/ Mary K. Schulz          Date: January 14, 2016

Mary K. Schulz, 6183773
Media Litigation Firm, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510