File Hashes for IP Address 99.41.190.150

**ISP:** AT&T U-verse
**Physical Location:** Bartlett, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/29/2015 14:01:15 | 354377A1C8BA899943C07F26FEAB486D12B3ECC6 | Domination Part One |
| 11/12/2015 02:22:56 | 09991A767E6D7A74336DB34CF9065D7AD49280E8 | A Fucking Picnic |
| 10/17/2015 21:55:43 | 8804928FE8C7D028F95189478E180611B4ABB1BF | A Fucking Hot Threesome |
| 10/15/2015 11:50:32 | 6E674B63791F7F409485CC909D2E60EA91B7223F | Skin Tillating Sex For Three |
| 09/25/2015 14:10:25 | E11EEBC6BC596C7C1C9C2BA91131EDC7A514C9B7 | Pretty Little Belle |
| 09/12/2015 16:04:01 | 1D9012831B924E8B84863CF158E7BED1EE5E5D0B | My Blue Heaven |
| 09/01/2015 12:26:20 | A877E8B31C0D553938C049EF27370771415E9E59 | Keep Cumming Kylie |
| 08/19/2015 04:16:02 | CA05BEEA4160AA8CE6D40729CF807C9C83C10A99 | Infinite Luvv |
| 08/12/2015 06:45:18 | 614F620F72829C030157DDA2AACE4C800920841B | Pretty Back Door Baby |
| 08/04/2015 13:11:46 | E2C405FAA5D9CC9DC4ACF936A2A6F7813AC00248 | Among The Wildflowers |
| 07/21/2015 04:20:47 | FC7A63CD14FDB453CB4193CD8678D1680C69D875 | Surrender To Seduction |
| 06/23/2015 23:30:55 | 0A058CF2972DD2532C1A6F8264FC6D3D8B825FF4 | Rub Me The Right Way |
| 04/28/2015 22:43:34 | A3F60C5120F4D358599DBD562622F8FA18C2875F | Good Morning I Love You |
| 04/17/2015 04:50:52 | 5F0B36D3571B6AA3502887465E71B1275F8BB250 | Do Not Keep Me Waiting Part #1 |
| 04/04/2015 04:10:58 | 0FF35577760FE2E0E5FF4BE5130AB6A1E5A46C00 | Tight Ass Teen |
| 02/10/2015 20:01:31 | 9C2D0087196A40529E2A6236543BB6E0C5D70056 | Grow Up With Me |
| 11/25/2014 15:03:03 | F95FA95A7594FF507B0036B18446E104CAF30045 | Taste Me |
| 10/02/2014 03:26:17 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |
| 08/13/2014 10:14:04 | 23999DB5EF5D40B73E936402C11E05754FC6C625 | Wake Me Up Like This |
| 08/01/2014 22:36:58 | D2CEF42B12255477B18002859B65233E80C6FCE8 | Be With Me |
| 02/05/2014 08:09:24 | D2B54AB9B2A3F35D817B81D8F8EA8E525EC8111D | First and Forever |
| 02/03/2014 09:02:24 | 0C6F9543794ABF412665C0D62D8F28937D07DB63 | A Hot Number |

EXHIBIT A

NIL718

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/02/2014 21:01:27 | 4BFF45E3A7511EEECB5262E9072421C7301DDC1D | Risky Business |
| 01/26/2013 20:03:49 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |

**Total Statutory Claims Against Defendant: 24**

EXHIBIT A

NIL718