**Copyrights-In-Suit for IP Address 99.41.190.150**

**ISP:** AT&T U-verse
**Location:** Bartlett, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Domination Part One | PENDING | 10/26/2015 | 11/03/2015 | 11/29/2015 |
| A Fucking Picnic | PENDING | 09/12/2015 | 09/21/2015 | 11/12/2015 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 10/17/2015 |
| Skin Tillating Sex For Three | PENDING | 10/03/2015 | 10/15/2015 | 10/15/2015 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 09/25/2015 |
| My Blue Heaven | PENDING | 09/05/2015 | 09/07/2015 | 09/12/2015 |
| Keep Cumming Kylie | PENDING | 08/25/2015 | 08/31/2015 | 09/01/2015 |
| Infinite Luvv | PA0001958606 | 08/12/2015 | 08/18/2015 | 08/19/2015 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 08/12/2015 |
| Among The Wildflowers | PA0001954794 | 07/31/2015 | 08/03/2015 | 08/04/2015 |
| Surrender To Seduction | PA0001953367 | 07/17/2015 | 07/27/2015 | 07/21/2015 |
| Rub Me The Right Way | PA0001949366 | 06/17/2015 | 07/01/2015 | 06/23/2015 |
| Good Morning I Love You | PA0001941287 | 04/22/2015 | 04/27/2015 | 04/28/2015 |
| Do Not Keep Me Waiting Part #1 | PA0001941283 | 04/14/2015 | 04/27/2015 | 04/17/2015 |
| Tight Ass Teen | PA0001938748 | 04/01/2015 | 04/06/2015 | 04/04/2015 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 02/10/2015 |
| Taste Me | PA0001912773 | 08/27/2014 | 09/17/2014 | 11/25/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 10/02/2014 |
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 08/13/2014 |
| Be With Me | PA0001907574 | 07/21/2014 | 07/25/2014 | 08/01/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 02/05/2014 |

EXHIBIT B

NIL718

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 02/03/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/02/2014 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/26/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 24**

EXHIBIT B

NIL718