**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Malibu Media LLC

                      Plaintiff,

v.                                            Case No.: 1:15–cv–11808
                                                  Honorable Harry D. Leinenweber

John Doe, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 25, 2017:

      MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 1/25/2017. The court issues a rule to show cause against plaintiff, why this case should not be dismissed for failure to appear at status. Rule returnable 2/8/2017 at 9:00 a.m. (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.