IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 15 cv 11808 |
| | ) | |
| vs | ) | Judge Leinenweber |
| | ) | |
| MATTHEW THAL, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO RULE TO SHOW CAUSE**

Malibu Media LLC, Plaintiff, by its undersigned attorney, states as its response to the rule to show cause entered on January 25, 2017, DKE 37, (the "Rule"), as follows:

1. The Court entered the Rule on January 25, 2017 for Plaintiff's failure to appear at a scheduled status hearing.

2. The failure of Plaintiff to appear was caused by an inadvertent scheduling error. See Affidavit of Mary K. Schulz, attached hereto and made a part hereof.

3. Plaintiff has not previously missed a status hearing.

4. Plaintiff has vigorously litigated this case. It has successfully defended the Defendant's motion to dismiss and has successfully prosecuted a motion to dismiss Defendant's counterclaim.

5. Plaintiff will continue to litigate this matter.

WHEREFORE, Plaintiff prays that this Court will not dismiss its Amended Complaint so that the matter can proceed on its merits.

Respectfully submitted:

/s Mary K. Schulz
Mary K. Schulz
Media Litigation Firm, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
312.213-7196
Medialitigationfirm@gmail.com

I hereby certify that on February 1, 2017 I provided service to the person or persons listed above by the following means: CM/ECF

Signature: __/s/ Mary K. Schulz                    Date: February 1, 2017

Mary K. Schulz, 6183773
Media Litigation Firm, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
312.213-7196